■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MARTIN, Appellant.—Judgment unanimously affirmed. Memorandum: The evidence of defendant's guilt of sodomy, attempted sodomy, rape, and attempted rape came from the testimony of the victim, the 15-year-old cousin of defendant. Obviously, the jury credited her testimony. " 'Weigh[ing] the relative probative force of conflicting testimony' ", including any inconsistencies in the victim's testimony " 'and the relative strength of conflicting inferences that may be drawn from the testimony' " *(People ex rel. MacCracken v Miller,* 291 NY 55, 62, quoted in *People v Bleakley,* 69 NY2d 490, 495), we conclude that the jury's verdict was supported by the weight of the evidence. (Appeal from judgment of Erie County Court, Drury, J.—rape, first degree, and other charges.) Present—Callahan, J. P., Doerr, Boomer, Green and Pine, JJ.